**Order entered December 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01678-CR

**CHARLES RICHARD VANDIVER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-56764-M**

## ORDER

On October 3, 2013, this Court ordered appellant's attorney Valencia Bush to give appellant copies of the record so that he may prepare a response to the *Anders* brief filed by counsel. The Court now has before it appellant's November 26, 2013 motion for an extension of time to file his response. In the motion, appellant states that counsel did not give him a copy of the exhibit volume of the reporter's record or a copy of the supplemental clerk's record that counsel refers to in the *Anders* brief. Appellant also states that he has not received a record of the November 28, 2012 pretrial proceedings.

The record before the Court does not contain a pretrial hearing from November 28, 2012. Volume 2 of the reporter's record begins with a pretrial hearing conducted before voir dire began

on December 4, 2013.  Accordingly, we **DENY** appellant's motion to the extent he seeks a record from November 28, 2012.

We **GRANT** the remainder of the motion as follows:

We **ORDER** appellate counsel Valencia Bush to provide appellant with copies of the supplemental clerk's record containing the jury charge and verdict form and the exhibit volume of the reporter's records.  We further **ORDER** Ms. Bush to provide this Court, within **TEN DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **JANUARY 30, 2014**.  No further extensions will be granted.  If the pro se response is not filed by the date specified, the appeal will be submitted on the *Anders* brief alone.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; Dallas County District Clerk's Office, Criminal Records Division; Belinda Baraka, Official Court Reporter, 194th Judicial District Court; Valencia Bush; and the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Charles Vandiver, TDCJ No. 1831208, Dalhart Unit, 11950 F.M. 998, Dalhart, Texas 79022.


/s/     DAVID EVANS
        JUSTICE